UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

FILED
2012 OCT -9 PM 2: 17
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

3:12 cv-1093-J-25JBT

ROCKELL BRANCH, CHAD STILLINGS, ROBERT SARGENT, PATRICIA WINSHIP, ERIN LEY, LARRY KRAMER, AMANDA GREENE, JAMES RANSOM, RICHARD RANSOM, DAVID ROSENBLUM, JAIMESON DIXON, on behalf of themselves and all others similarly situated,

  Plaintiffs,

v.

JACKSONVILLE GREYHOUND RACING, INC., a Florida Corporation,

  Defendant.
_____/

**COLLECTIVE ACTION COMPLAINT**

COMES NOW Plaintiffs, ROCKELL BRANCH, CHAD STILLINGS, ROBERT SARGENT, PATRICIA WINSHIP, ERIN LEY, LARRY KRAMER, AMANDA GREENE, JAMES RANSOM, RICHARD RANSOM, DAVID ROSENBLUM, JAIMESON DIXON, on behalf of themselves and all others similarly situated, on behalf of themselves and all others similarly situated, by and through her undersigned counsel, and sue the Defendant, JACKSONVILLE GREYHOUND RACING, INC., a Florida corporation, and alleges as follows:

  1.  That Plaintiffs, current and former employees of Defendant, bring this collective action on behalf of themselves and all other similarly situated employees of Defendant, to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq.

2. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3. That the unlawful employment practices alleged below occurred and/or were committed within this judicial district.

4. That at all times material hereto, Plaintiffs, and others similarly situated, were citizens and residents of this judicial district, sui juris and otherwise within the jurisdiction of this Court.

5. That at all times material hereto, Defendant, was the employer of the Plaintiffs, and others similarly situated, was conducting business in this judicial district and was an 'employer' under the FLSA.

6. That the Plaintiffs, ROCKELL BRANCH, CHAD STILLINGS, ROBERT SARGENT, PATRICIA WINSHIP, ERIN LEY, LARRY KRAMER, AMANDA GREENE, JAMES RANSOM, RICHARD RANSOM, DAVID ROSENBLUM, JAIMESON DIXON, on behalf of themselves and all others similarly situated, were hired as non-exempt employees by the Defendant.

7. That Plaintiffs, and others similarly situated, were poker dealers at the Defendant's casino, and were 'tipped' employees under the FLSA.

8. That during Plaintiffs employment and others similarly situated, Defendant improperly claimed a 'tip-credit' for Plaintiffs and others similarly situated, and illegally paid these employees below the statutorily required minimum wage under the FLSA.

9. That in order for Defendant to claim a 'tip-credit', the Plaintiffs and others similarly situated must be properly notified of the provisions of the 'tip-credit', as well as

all tips received by Plaintiffs, and others similarly situated, must be absolutely retained by Plaintiffs, or pooled with other alleged 'tipped' employees.

10. That Defendant however failed to comply with the 'tip-credit' requirements pursuant to the FLSA by this lack of legally required notice in addition to requiring the dealers to give their tips with other non-tipped employees, including but not limited to the positions of surveillance, cashier/audit and floor personnel.

11. That Defendant's failure to comply with the FLSA 'tip-credit' requirements results in Defendant's inability to claim a 'tip-credit' for Plaintiffs and others similarly situated.

12. That Defendant, unable to claim a 'tip-credit', is required to compensate Plaintiffs and others similarly situated, with at least the applicable minimum wage during the time periods of recovery.

13. That Defendant willfully refused and continues to willfully refuse to properly compensate Plaintiffs, and others similarly situated, in violation of the FLSA, as the aforementioned 'tip-credit' was claimed despite the fact that Defendant had failed to comply with the 'tip-credit' requirements under the FLSA.

14. All records concerning the number of hours actually worked by Plaintiffs, and others similarly situated, are in the exclusive possession and sole custody and control of the Defendant, and therefore, Plaintiffs are unable to state at this time the exact amount due.

15. Plaintiffs, however, will exert their collective diligent efforts to obtain such information by appropriate discovery proceedings or otherwise to be taken promptly

in this case, and if required, an amendment to this Complaint will be submitted to set forth an amount due by the Plaintiffs and others similarly situated.

## COUNT I
## FLSA

Plaintiffs, and others similarly situated, incorporate by reference the allegations contained in paragraphs 1 through 15 of this Complaint.

16. Plaintiffs, and others similarly situated, are entitled to the minimum wage for all hours worked pursuant to the FLSA.

17. By reason of the intentional, willful and unlawful acts of the Defendant in violation of the FLSA, Plaintiffs, and others similarly situated, have suffered damages.

WHEREFORE, Plaintiffs, ROCKELL BRANCH, CHAD STILLINGS, ROBERT SARGENT, PATRICIA WINSHIP, ERIN LEY, LARRY KRAMER, AMANDA GREENE, JAMES RANSOM, RICHARD RANSOM, DAVID ROSENBLUM, JAIMESON DIXON, on behalf of themselves and all others similarly situated, on behalf of themselves and all others similarly situated, demand judgment against the Defendant for all damages and relief under the FLSA, including but not limited to liquidated damages, attorneys' fees, interest, costs and expenses, all equitable relief, in addition to all other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs, ROCKELL BRANCH, CHAD STILLINGS, ROBERT SARGENT, PATRICIA WINSHIP, ERIN LEY, LARRY KRAMER, AMANDA GREENE, JAMES RANSOM, RICHARD RANSOM, DAVID ROSENBLUM, JAIMESON DIXON, on behalf of themselves and all others similarly situated, on behalf of themselves and all others similarly situated, demand trial by jury of all issues triable as of right by a jury.

On October 5, 2012.

Respectfully submitted,

| | |
|---|---|
| WHITELOCK & ASSOCIATES, P.A.<br>300 Southeast Thirteenth Street<br>Fort Lauderdale, Florida 33316<br>Telephone:  (954) 463-2001<br>Facsimile:   (954) 463-0410<br>E-mail: cjwhitelock@bellsouth.net<br>Co-Counsel for Plaintiffs<br><br>_____<br>Christopher J. Whitelock, Esq.<br>Florida Bar No. 067539 | LEVY & LEVY, P.A.<br>300 Southeast Thirteenth Street<br>Fort Lauderdale, Florida 33316<br>Telephone:    (954) 763-5722<br>Facsimile:    (954) 763-5723<br>E-mail: chad@levylevylaw.com<br>Co-Counsel for Plaintiffs<br><br>_____<br>Chad E. Levy, Esq.<br>Florida Bar No. 0851701 |