UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROCKELL BRANCH *et al.*, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

v.                                     CASE NO. 3:12-cv-1093-J-25JBT

JACKSONVILLE GREYHOUND
RACING, INC.,

        Defendant.
_____/

## <u>ORDER</u>

**THIS CAUSE** is before the Court following the Court's September 19, 2013

Order (Doc. 41). On September 19, 2013, the Court entered an Order granting

Plaintiffs' Motion to Compel and directing Defendant to show cause in writing, on or

before October 3, 2013, why Defendant should not be ordered to pay Plaintiffs'

reasonable expenses, including attorney's fees, incurred in making the Motion to

Compel. (*Id.*) On Defendant's unopposed motion for extension of time to comply

with the Court's September 19, 2013 Order (Doc. 43), the Court entered an Order

on October 10, 2013 granting Defendant's motion "to the extent that Defendant need

not file a response to the Court's September 19, 2013 Order until further order of the

Court." (Doc. 46 at 2, 3.)

      Subsequently, the parties filed their Second Amended Joint Motion for

1

Approval of Settlement, and to Dismiss Case with Prejudice (Doc. 48), on which the

undersigned entered a Report and Recommendation (Doc. 49), recommending, *inter*

*alia*, that the parties' Settlement Agreement be approved and the case be dismissed

with prejudice. If the undersigned's Report and Recommendation is accepted by the

Court, Defendant need not file a response to the Court's September 19, 2013 Order

and the issue of expenses will be deemed resolved. However, in the event that the

Report and Recommendation is not accepted, a further order will be entered with

directions to Defendant.

   **DONE AND ORDERED** at Jacksonville, Florida, on October 29, 2013.

JOEL B. TOOMEY
United States Magistrate Judge


Copies to:

Counsel of Record